**IT IS ORDERED as set forth below:**



**Date: March 12, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **HANS LOUIS**, | : | CASE NO. **20-70146**-LRC |
| | : | |
| Debtor. | : | |
| ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ | : | ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| HANS LOUIS, Debtor; and MELISSA J. DAVEY, Trustee, | : : | |
| | : | |
| Respondents. | : | |
| | : : | |

**ORDER**

This matter came on for hearing March 9, 2021, on the *Motion for Relief from Automatic Stay* (the "Motion") filed by Capital One Auto Finance, a division of Capital One,

N.A. (the "Movant").  Movant claims a security interest in Debtor's vehicle: 2016 TOYOTA Corolla Sedan 4D L I4, VIN: 5YFBURHE8GP555893 (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 13 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds.; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.  The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

| | |
|---|---|
| PREPARED and PRESENTED BY:<br>The Law Office of<br>LEFKOFF, RUBIN, GLEASON &<br>RUSSO & WILLIAMS, P.C.<br>Attorneys for Movant | NO OPPOSITION TO:<br><br>Chapter 13 Trustee |
| By: _____/S/_____<br>    Philip L. Rubin<br>    Ga. State Bar No. 618525<br><br>5555 Glenridge Connector<br>Suite 900<br>Atlanta, Georgia  30342<br>(404) 869-6900<br>prubin@lrglaw.com | By:_____/S/_____ *with express permission*<br>    Mandy K. Campbell<br>        Ga. State Bar No. 142676<br>Office of the Chapter 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303 |

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Hans Louis
560 Chapel Walk Lane
Lawrenceville, GA 30045

Courtney M. Davis
1090-C Founders Boulevard
Athens, GA 30606

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303